MARC J. PERNICK (State Bar #160591)
mpernick@mkwllp.com
JASON R. BARTLETT (State Bar #214530)
jbartlett@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
450 Sansome Street, Suite 1005
San Francisco, California 94111
Telephone: (415) 738 - 6334

Benjamin I. Fink (Georgia Bar No. 261090) *Pro Hac Vice*
bfink@bfvlaw.com
Jeremy L. Kahn (Florida Bar No. 0105277) *Pro Hac Vice*
jkahn@bfvlaw.com
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road NE, Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711

*Attorneys for Defendant and Counter-Plaintiff*
MEDALLIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECHOSPAN, INC., | ) Case No.: 5:22-cv-01732-NC |
| Plaintiff/Counter-Defendant, | ) **MEDALLIA INC.'S NOTICE OF** |
| | ) **MOTION AND MOTION TO REMOVE** |
| v. | ) **REDACTIONS FROM COMPLAINT** |
| | ) **AND REQUIRE REFILING** |
| | ) |
| | ) **FILED UNDER SEAL** |
| MEDALLIA, INC., | ) |
| | ) Hearing Date: July 12, 2023 |
| Defendant/Counter-Plaintiff. | ) Time: 1:00 p.m. |
| | ) |
| | ) |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on July 12, 2023, at 1:00 p.m., a hearing will be held before the Honorable Nathanael M. Cousins at the San Jose Courthouse, 280 South 1st Street, Courtroom 5 – Fourth Floor, San Jose, CA 95113 on Medallia Inc.'s Motion to Remove Redactions from Complaint and Require Refiling.

- 1 -

**TABLE OF CONTENTS**

STATEMENT OF REQUESTED RELIEF ................................................................................1

MEMORANDUM OF POINTS AND AUTHORITIES ............................................................1

   I. INTRODUCTION .............................................................................................................1

   II. FACTUAL AND PROCEDURAL BACKGROUND .....................................................2

   III. ARGUMENT AND CITATIONS OF AUTHORITY ...................................................4

      Paragraph 9(a) ................................................................................................................4

      Paragraph 9(b) ................................................................................................................7

      Paragraph 9(c) ................................................................................................................9

      Paragraph 9(d) ..............................................................................................................11

      Paragraph 9(e) ..............................................................................................................12

      Paragraph 10..................................................................................................................14

      Paragraph 11 .................................................................................................................15

      Identity of the redacted customer ................................................................................15

CONCLUSION .......................................................................................................................16

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

## TABLE OF AUTHORITIES

**Cases** **Page(s)**

*Kamakana v. City & Cnty. of Honolulu,*
447 F.3d 1172 (9th Cir. 2006)....................................................................................................4

*Nalco v. Turner Designs, Inc.,*
No. 13-cv-02727 NC, 2014 WL 12642193 (N.D. Cal. Oct. 30, 2014) ......................................4

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

**STATEMENT OF REQUESTED RELIEF**

Defendant Medallia, Inc. respectfully requests that the Court remove almost all of Plaintiff EchoSpan, Inc.'s redactions to its complaint and require EchoSpan to refile the complaint without improper redactions of publicly available information. Medallia has conferred with counsel for EchoSpan, and EchoSpan opposes removing its redactions or refiling its complaint without improper redactions of what it has admitted is publicly available information.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

This case demonstrates that EchoSpan truly does not understand the meaning of "confidential." EchoSpan has made numerous improper redactions to its complaint. Specifically, EchoSpan has redacted information from its complaint that is publicly available on its own website. Therefore, the redactions are unnecessary and violate the public's right to access court records.

As the Court is aware, under the Federal Rules of Civil Procedure, certain information may be redacted from court filings to protect confidential or sensitive information. However, this right is not absolute, and the party seeking to redact information must demonstrate a compelling reason for doing so. In this case, EchoSpan has failed to do so and cannot do so, as most of the information it has redacted is already available to the public.

The Ninth Circuit has recognized that the public has a presumptive right to access court records, including pleadings and other documents filed with the court. This right is based on the idea that openness in court proceedings fosters public confidence in the judicial system and allows the public to monitor the government and its institutions. The court may only seal or redact information from court records if the party seeking to do so overcomes the strong presumption of public access by demonstrating "compelling reasons" for withholding the information.

In this case, EchoSpan's website contains the same information that it redacted in its complaint, which makes the redactions unnecessary and an attempt to restrict the public's right to access court records. In fact, EchoSpan has made the information publicly available precisely because it wants it to be widely disseminated and available to anyone who may be interested in

- 1 -

purchasing its product. EchoSpan's filing with improper redactions also creates a false impression on the record—and to any member of the public reviewing the docket in this case—that Medallia engaged in alleged misconduct involving confidential (i.e., redaction-worthy) information, whereas an unredacted complaint would show the public that EchoSpan's allegations are baseless, or based on the alleged use of *entirely public* information.

Accordingly, Medallia respectfully requests that the Court strike the improper redactions from the complaint and require EchoSpan to re-file a largely unredacted complaint so the public can see for itself how EchoSpan bases its claims on public information.

## II. FACTUAL AND PROCEDURAL BACKGROUND

This case is grounded in EchoSpan's erroneous assertions that certain non-confidential information is confidential. A key example of this is EchoSpan's complaint. EchoSpan filed this lawsuit alleging that Medallia misappropriated certain "features" of its employee-360 software tool, which features EchoSpan claims to be trade secrets. EchoSpan unilaterally and completely redacted 36 paragraphs of its 134-paragraph complaint, with one such paragraph containing five completely redacted subparts. Paragraphs 9(a), 9(b), 9(c), 9(d), 9(e), 10, and 11 are the kernel of the complaint; collectively, they list the features of EchoSpan's product that EchoSpan claims are "unique in the industry" and constitute "confidential information that is of significant competitive value." Dkt. 1, ¶¶ 12, 14. In other words, EchoSpan is hiding from the public the exact basis of its lawsuit and creating an impression that employees of Medallia accessed redaction-worthy information.

In reality, all the information in paragraphs 9, 10, and 11 (including all subparts of paragraph 9)—the crux of this lawsuit—is publicly available on EchoSpan's own website and hours of videos about its product that EchoSpan has published on YouTube.[1] EchoSpan's website contains not only descriptions of the various features of its product, but product guides explaining how each feature works and hundreds of screenshots showing each feature. EchoSpan also has

---

[1] A full catalog of these videos can be found at https://www.youtube.com/@Echospansupport and https://www.youtube.com/@EchospanTraining. Combined, EchoSpan publishes more than *four hours* of video demonstrations of its tool in action on its two YouTube channels.

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

published hours of videos, both on its own website and on YouTube, showing its product in action and guiding the viewer through each of the various features of its tool—the same features described in paragraphs 9, 10, and 11 of the complaint.

Not only that, but EchoSpan praises itself on its website for making this information publicly available. In an article on its website entitled, "Why We Show Images of Our Product On Our Site," EchoSpan boasts that "most of all, we're complimented on the number of images and screen captures we have of our actual product–images that are visible to any visitor without signing up for a trial, demo, or sales call," and that "[v]isitors are pleased to see and experience the actual software they are interested in purchasing." Ex. 1, (Vance Dep., Ex. 12). As EchoSpan states, "We're big on showing off our product" such that "[a]lmost every page of our site has images of our product" and that one page on its website has "more product images than most [of] our competitors have on their entire site." *Id.* EchoSpan continues, "It seems essential to us that a company actually shows the product they are selling on their site." *Id.* This article, which then proceeds to criticize competitors that do "not openly display their product on their website," *id.*, was authored by EchoSpan's founder, CEO, and Rule 30(b)(6) corporate representative, Joe Vance. *See* Ex. 2 (Vance Dep.) at 146:2–11. And Mr. Vance proudly testified, "I like this article." *Id.* at 146:8.

In addition to redacting the key features at issue in this case, many other of EchoSpan's redactions—even if they contain some redaction-worthy information—are overbroad and further showcase EchoSpan's overaggressive approach to redactions and confidentiality—an attitude that appears to have motivated it to file this lawsuit in the first place.

During conferral on this motion, EchoSpan did not dispute that many of the allegations that it is hiding from the public are not confidential. Rather, EchoSpan stated that it viewed the exercise of un-redacting its complaint as a waste of time. Respectfully, however, the public's constitutional right of access is not a waste of time. The Court should strike most of the redactions in EchoSpan's complaint and require EchoSpan to refile a largely unredacted complaint that narrowly redacts only truly confidential information.

- 3 -

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

### III. ARGUMENT AND CITATIONS OF AUTHORITY

The Ninth Circuit has recognized that the public enjoys a presumptive right to access court records, including pleadings and other documents filed with the court. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). This right is based on the idea that openness in court proceedings fosters public understanding and monitoring of the judicial process. *See id.* at 1178–79. The court may only seal or redact information from court records if the party seeking to do so overcomes the strong presumption of public access by demonstrating "compelling reasons" for withholding the information. *Id.* at 1178. There is no compelling reason for EchoSpan to redact *any* of the information in paragraphs 9, 10, and 11 of its complaint because all such information is publicly available, including on its own website. As this Court has held, "documents already publicly available, such as those that come from public websites, fail to even satisfy the 'good cause' standard and will not be sealed." *Nalco v. Turner Designs, Inc.*, No. 13-cv-02727 NC, 2014 WL 12642193, at *2 (N.D. Cal. Oct. 30, 2014) (Cousins, M.J.).

#### *Paragraph 9(a)*

EchoSpan completely redacted Paragraph 9(a) of its complaint, but each statement in that paragraph contains only publicly available information. Below are a few examples of a publicly available analog for each statement in paragraph 9(a); however, as with each paragraph discussed below, many more examples exist and this brief could go on for hundreds of pages if every example of a public analog were exhaustively catalogued.

Paragraph 9(a) contains the redacted allegation that ▓▓▓▓▓▓ ▓▓▓▓▓▓ Dkt. 1, ¶ 9(a). However, *EchoSpan's own complaint* contains the same information in un-redacted form. In paragraph 6 of its complaint, which is not redacted, EchoSpan alleges: "EchoSpan has spent years developing a Web-based software ***tool that facilitates an organization's employee review process***. EchoSpan's ***tool allows for 360-degree feedback***, meaning that employees and managers can effectively review each other, both confidentially and efficiently." *Id.*, ¶ 6 (emphasis added). Indeed, throughout its website,

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

EchoSpan refers to its product as a "360-degree feedback system" or "360-degree feedback tool."[2] EchoSpan even states on its website: *Managing a 360-degree feedback process* couldn't be simpler."[3]

Paragraph 9(a) also states: ██████████████████████████████ ███████████████████████████████████████████ Dkt. 1, ¶ 9(a). This is redacted even though EchoSpan states on its website that "autonomy" is a feature of its tool that it seeks to maximize, and that such "autonomy" means: "The customer should be able to manage all aspects of their project without needing help from us."[4] In a further description of "autonomy" on the same webpage, EchoSpan states: "Our tool strives to provide clients maximum autonomy in managing their projects."[5] The same section under the "autonomy" heading lists various functions and aspects of a 360-review project and then states: "Most importantly, *Administrators can do all of this without an EchoSpan employee intervening.*"[6]

Next, according to EchoSpan, it was necessary to redact the allegation that EchoSpan's tool ████████████████████████████████████████████ ██████████████ Dkt. 1, ¶ 9(a). But the fact that EchoSpan's product has an ████████ ██████ is no secret. On a webpage advertising a list of product features categorized by type of feature, "Anytime access to your project via *EchoSpan's administrative portal*" is listed under the "Administration" category of features.[7] This supposedly confidential "administrative portal" is also identified on multiple other pages of EchoSpan's website.[8] Furthermore, though it is quite obvious from the context that the administrative portal is ███████████████ EchoSpan has

---

[2] *See, e.g.*, https://www.echospan.com ("The proven, professional 360-degree feedback system."); https://www.echospan.com/360-degree-feedback-process.asp (referring to "EchoSpan's 360-degree feedback tool").

[3] https://www.echospan.com/360-degree-feedback.asp (emphasis added).

[4] https://www.echospan.com/articles/how-we-differentiate-our-product.

[5] *Id.*

[6] *Id.* (emphasis added).

[7] https://www.echospan.com/performance-reviews-features.asp (emphasis added).

[8] *See, e.g.*, https://www.echospan.com/articles/release-notes:-version-7.71; https://www.echospan.com/articles/benefits-of-the-360-feedback-project-autopilot; https://www.echospan.com/articles/release-notes:-version-7.61; https://www.echospan.com/360-degree-feedback-tool-migration.asp.

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

multiple videos that expressly distinguish between, and in great detail show, both the "administrative tools" and the "user side" of its product.[9]

EchoSpan also contends that it is confidential that its tool ████████████ ████████████████████████ Dkt. 1, ¶ 9(a). But the fact that EchoSpan has a feature that "can be used to manage your entire 360-feedback process by automating events" is heavily advertised on EchoSpan's website.[10] EchoSpan goes further on its website, which names the specific feature through which this is done, "Project Autopilot," and then lists the types of events that can be automated and provides multiple instructions on how to use this feature as well as numerous screenshots and videos of it.[11] EchoSpan's main homepage itself advertises the "Project Autopilot" feature, stating that it "[m]anages project events and email messages based on a schedule you define."[12] There is even a product guide with an accompanying video devoted solely to using Project Autopilot, with the webpage titled, "Use the project autopilot *to automate management of your project.*"[13] Other videos on EchoSpan's website also advertise and expressly show how the Project Autopilot feature works.[14]

Also redacted along with everything else in paragraph 9(a) is that EchoSpan's product ███████████████████████████████████████████████████ ████████████ Dkt. 1, ¶ 9(a). But on a webpage entitled, "Three Excellent Features for Consultants," EchoSpan states that one "feature that is useful to consultants is the *ability to create sub-accounts for your clients.*"[15] The same webpage states: "You can even allocate licenses

---

[9] *See, e.g.,* https://www.echospan.com/360-degree-feedback-demo.asp; https://www.echospan.com/360-degree-feedback-video.asp.

[10] https://www.echospan.com/360-degree-feedback-landing-three-innovations.asp.

[11] *See, e.g., id.*; https://www.echospan.com/product-guides/setup-automatic-reminders; https://www.echospan.com/~public_images/360_screen1_4.jpg.

[12] https://www.echospan.com.

[13] https://www.echospan.com/product-guides/use-the-project-autopilot-to-automate-management-of-your-project (emphasis added).

[14] *E.g.,* https://www.echospan.com/360-degree-feedback-video.asp; https://www.echospan.com/360-degree-feedback-demo.asp.

[15] https://www.echospan.com/product-guides/three-excellent-features-for-consultants (emphasis added).

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

between your sub-accounts and quickly *view comparative license usage reports.*"[16] Another webpage, entitled "360-Degree Feedback Tools For Consultants & Coaches," is rife with screenshots and highlights that consultants can "[c]reate branded sub-accounts for each customer" and "[m]anage client spend, license usage, and invoicing from a centralized dashboard."[17]

Finally, paragraph 9(a) states that EchoSpan's product ████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████ Dkt. 1, ¶ 9(a). Again, this is all publicly available. EchoSpan's website has a webpage entitled, "How the Coaching Opportunities Feature Works," which explains that the "Coaching Opportunities feature helps you identify individuals and groups that might benefit from post-feedback coaching."[18] Another webpage explains that customers can "[e]nable your employess [sic] to schedule coaching sessions online, or do it for them on their behalf," along with additional information regarding scheduling coaching sessions and, of course, a screenshot of the very feature for scheduling a coaching session.[19]

**Paragraph 9(b)**

Like paragraph 9(a), everything in paragraph 9(b) is improperly redacted because it is publicly available. Paragraph 9(b) states: ████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████ Dkt. 1, ¶ 9(b). Each of these features is publicly available.

On one webpage entitled, "Use custom review content to create your review," there is a five-minute video devoted to "Review Content."[20] At the 3:34 mark, the video begins to instruct the viewer how to "Edit Review Items" and displays a screen on EchoSpan's tool for "Review

---

[16] *Id.* (emphasis added).

[17] https://www.echospan.com/reseller-program.asp.

[18] https://www.echospan.com/product-guides/how-the-coaching-opportunities-feature-works.

[19] https://www.echospan.com/consulting.asp.

[20] https://www.echospan.com/product-guides/use-custom-review-content-to-create-your-review.

Items." The menu of options on this screen includes "Manage Review Content" and "Estimate Completion time." At the 4:29 mark, the same video describes and displays the "Estimate Completion Time" feature in action, showing exactly where in the tool to click to estimate the completion time for participants.

In addition to that video (and many other areas of the website,), the fact that the tool ████████████████████████████████████████████████████ is advertised on a webpage entitled "Response Rate Estimator." [21] This webpage not only states publicly that "you can use the estimator below to calculate the amount of time and expected completion rate of your review based on the number of items you expect it to contain," but it then provides a tool for anyone accessing the website to input certain figures about a review and be told estimates for how long a review will take to complete. [22]

Another page, called "How the 360-Degree Feedback Process Works," states that customers "can tailor your feedback process to your company's specific workflow and reporting needs," "[u]se your own review content" (with "own review content" containing a hyperlink to a screenshot of where in the tool this can be done), and "[c]usotmize report appearance and content." [23] This page also states that the tool can "[r]un reviews in more than 100 languages." [24]

The phrase "100 languages" is a hyperlink to the "360-Degree Feedback Languages" page, which again states that the EchoSpan tool allows a user to "[a]administer feedback reviews in more than 100 languages." [25] Far from being confidential or a trade secret, the fact that EchoSpan's tool ████████████████████████████████ is not just advertised, the webpage also lists *each* of the supported languages themselves. [26]

---

[21] https://www.echospan.com/360-degree-feedback-content-estimator.asp.

[22] *Id.*

[23] https://www.echospan.com/360-degree-feedback-process.asp.

[24] *Id.*

[25] https://www.echospan.com/360-degree-feedback-languages.asp.

[26] *Id.*

- 8 -

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

***Paragraph 9(c)***

Each statement in paragraph 9(c) is also publicly available information. The first sentence of paragraph 9(c) simply states, ██████████████████████████████ Among multiple videos that EchoSpan makes available on YouTube, there is a 39-minute video demonstration of the tool.[27] This video demonstration begins at the "Performance Review Home" section of the tool, which lists multiple options including "Add or modify user accounts." Later in the video, starting at the 13:08 mark, the demonstrator clicks that option to arrive at a "Manage User Accounts" page and then details exactly how to manage users. Another 17-minute video on the EchoSpan website itself likewise demonstrates how to "Add Targets and Raters" (7:38 mark) and "Manage Participants" (9:21 mark), as well as use multiple other features.[28]

The statement in paragraph 9(c) that ████████████████████████████ ██████████████████████████████████████████████ ████████████████ likewise contains no confidential information. Starting at the 7:38 mark, the 17-minute video cited above shows multiple methods for adding targets (those who receive feedback) and raters (those who provide feedback). Another webpage, called "Adding raters to a project in the administrative tool," also states that "[t]here are multiple ways administrators can assign Raters to a Target's review" and includes a 5-minute video showing the various ways along with text of step-by-step instructions.[29] Yet another page, called "Setup Management of Targets and Raters," shows "[o]ptions for managing feedback providers and feedback recipients" and contains two tutorial videos also along with text of step-by-step instructions.[30] Another webpage likewise discloses in bullet points the multiple ways a user can add participants or select raters.[31] The EchoSpan homepage also advertises the "Effortless Flexibility" of its tool.[32]

---

[27] https://www.youtube.com/watch?v=YK_jPfh5iYU&t=1s.

[28] https://www.echospan.com/360-degree-feedback-demo.asp.

[29] https://www.echospan.com/product-guides/adding-raters-to-a-project-in-the-administrative-tool.

[30] https://www.echospan.com/user-guides/setup-and-management-of-targets-and-raters.

[31] https://www.echospan.com/360-degree-feedback-process.asp.

[32] https://www.echospan.com/.

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

The statement in paragraph 9(c) that ███████████████████████████ ██████████████████████████████████████████████████████ is also improperly redacted. EchoSpan has multiple product guides for different functions directly on its website, including a dozen devoted specifically to functions related to auditors, including how to "[r]equire auditors to review targets' rater lists."[33] Clicking that particular product guide will take the user to a video demonstrating the "Auditor Settings" in EchoSpan's tool.[34] EchoSpan also makes publicly available a 29-page .pdf product guide, which can be accessed online.[35] Complete with screenshots of the tool itself, page 11 of the public .pdf product guide also explains what to do "if you want the Raters to be approved by an auditor." Another webpage on the EchoSpan website explains, "If Targets are allowed to select their own group of Raters, *it's imperative that an internal Auditor verify those lists for appropriateness* and objectivity. To counteract the problems associated with unchecked, self-selected Rater lists, *the EchoSpan service utilizes internal Auditors to approve all Target generated Rater lists.*"[36]

Finally, paragraph 9(c) contains the public information that ███████████████ ████████████████████████████████████████████████████████ Using almost identical language, a webpage entitled "Limit the amount of time an individual can be added as a rater" states: "You can limit the number of times an individual can be selected as a Rater by Targets . . . ."[37] It then explains that the "Limit Rater Requests" option "allows you to set the number of times a rater can be selected to provide feedback."[38] The "Features & Pricing" webpage likewise lists "Limit the number of times a rater can be selected to provide feedback" as a feature.[39]

---

[33] https://www.echospan.com/product-guides.asp.

[34] https://www.echospan.com/product-guides/require-auditors-to-review-targets'-rater-lists.

[35] https://www.echospan.com/~public_docs/EchoSpan_Product_Guide_Quick%20Setup_360.pdf

[36] https://www.echospan.com/articles/six-common-mistakes-in-360-degree-feedback-design (emphasis added).

[37] https://www.echospan.com/product-guides/limit-the-amount-of-times-an-individual-can-be-added-as-a-rater.

[38] *Id.*

[39] https://www.echospan.com/360-degree-feedback-features.asp?view=allfeatures.

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

*Paragraph 9(d)*

In another improper wholesale redaction, paragraph 9(d) states: ███████ ██████████████████████████████████████████ EchoSpan makes multiple examples of this publicly available. EchoSpan's videos on its website describe multiple ways the tool facilitates communications, including with respect to editable email message templates (4:26 mark) and a "Feedback Writing Assistant" feature (11:32 mark).[40] The "Feedback Writing Assistant" is also advertised on EchoSpan's homepage as a feature that "[h]elps raters craft personalized, written feedback in three clicks and without typing."[41] And there is also another product guide and video devoted to customizing email templates.[42]

The fully redacted paragraph 9(d) also states that EchoSpan's tool ████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████ Yet again, a video on the EchoSpan website specifically details (at the 3:26 mark) the "Create Summary Messages" feature of EchoSpan's tool.[43] Another webpage, with the title "Summarize key phrases in comments for a Target," states that the user "can automatically summarize key phrases in a Target's comments report section" and refers to a drop-down menu in the tool with a "summarize the key phrases" option.[44] Other webpages describe the "Rater summary messages" feature of the tool.[45] As to ██████████████████████████████████████████████████████████ █████████████████████████ page 17 of the 29-page .pdf product guide describes, with screenshots, how an administrator can "[t]rack a [t]arget's [r]ating [p]rogress" and see "how many reviews have been completed for the target vs how many raters were assigned to review the

---

[40] https://www.echospan.com/360-degree-feedback-demo.asp.

[41] https://www.echospan.com/.

[42] https://www.echospan.com/product-guides/review-and-edit-email-templates.

[43] https://www.echospan.com/product-guides/create-summary-invitations-and-reminders-for-raters.

[44] https://www.echospan.com/product-guides/summarize-key-phrases-in-comments-for-a-target.

[45] *See, e.g.*, https://www.echospan.com/product-guides/the-difference-between-rater-review-messages-and-rater-summary-messages; https://www.echospan.com/product-guides/create-summary-invitations-and-reminders-for-raters.

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

target."[46] The next page describes how administrators can "[s]end [i]ndividual [r]eview [r]eminders to [t]argets and [r]aters."

**Paragraph 9(e)**

Paragraph 9(e) is also represented to the Court to be completely confidential. It states that ████████████████████████████████████ That is not confidential of *any* 360-feedback tool, let alone unique to EchoSpan's. As EchoSpan publicly states, "[t]he culmination of *any* 360-degree feedback process is the final report."[47] On this webpage, called "360-Degree Feedback Reports," EchoSpan lists multiple features of its reports, provides screenshots, provides a video about its reports, and provides sample reports for anyone to download.[48] On its home page, EchoSpan also touts that its tool generates "[f]lexible, unlimited reports" and also provides a link to a sample report for anyone to download.[49] Another webpage, also describes how EchoSpan's tool allows the user to "[g]enerate reports on-demand."[50]

In further misuse of sealing procedures, EchoSpan redacts the statement that ████████ ████████████████████ Again, that is not confidential. EchoSpan publicly states that "[a]ll report templates are customizable."[51] And it advertises that its customers can "[c]usotmize report appearance and content,"[52] or "[c]ustomize your reports or select a ready-to-use template."[53] Indeed, EchoSpan's videos on its website feature its "Report Template Editor" tool (4:18 mark) and show exactly how to create and edit report templates.[54]

EchoSpan next redacts the statement that its customers can ████████████████ ████████████ Again, multiple webpages on EchoSpan's website refer to "[o]n-demand

---

[46] https://www.echospan.com/~public_docs/EchoSpan_Product_Guide_Quick%20Setup_360.pdf

[47] https://www.echospan.com/360-degree-feedback-report.asp (emphasis added).

[48] *Id.*

[49] https://www.echospan.com/.

[50] https://www.echospan.com/360-degree-feedback-process.asp.

[51] https://www.echospan.com/360-degree-feedback-report.asp.

[52] https://www.echospan.com/360-degree-feedback-process.asp.

[53] https://www.echospan.com/.

[54] https://www.echospan.com/360-degree-feedback-video.asp.

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

or scheduled batch report generation"[55] or the tool's ability to "generate reports . . . in batches."[56] Another webpage contains a video tutorial that covers the "batch report options."[57] A release note describing "enhancements" to the tool touts that, "when administrators batch reports, the system generates 4 reports simultaneously to increase speed and efficiency."[58]

The next improper redaction is to the statement that ██████████████████ ██████████ EchoSpan's own *feature list* states that it has "[a]nonymous ratings" and the ability to "[p]ool raters to protect anonymity."[59] Another webpage is entirely devoted to "Rater Anonymity."[60] And another states that the tool's "360-degree feedback surveys provide employees with professional, *anonymous* feedback from the people that work closely with them."[61]

EchoSpan also claims that it is confidential and redaction-worthy that ██████████ ███████████████████████████████████████████████████████████████████████████ Not so. The main homepage describes how one can, "[a]fter the feedback process, create and manage employee development plans online."[62] Another page also advertises that the tool allows customers to "[m]anage development plans" as part of the 360-degree feedback process.[63] Another states that customers can "[b]uild development plans in seconds" and give employees "insight into developmental areas with reading suggestions and dynamic action guides."[64] It also states that "[a] coach or observer can be selected for each development objective on an employee's plan."[65] EchoSpan also makes a sample development plan publicly available for anyone to download.[66]

---

[55] https://www.echospan.com/360-degree-feedback-report.asp.

[56] https://www.echospan.com/360-degree-feedback-process.asp.

[57] https://www.echospan.com/product-guides/generate-and-distribute-pdf-reports,-data-export-options.

[58] https://www.echospan.com/articles/release-notes:-version-7.74.

[59] https://www.echospan.com/360-degree-feedback-features.asp?view=allfeatures.

[60] https://www.echospan.com/product-guides/rater-anonymity.

[61] https://www.echospan.com/360-degree-feedback-process.asp (emphasis added).

[62] https://www.echospan.com/.

[63] https://www.echospan.com/360-degree-feedback-process.asp.

[64] https://www.echospan.com/development-planning.asp.

[65] *Id.*

[66] https://www.echospan.com/product-guides/development-planning-report-sample.

- 13 -

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling

The "Features & Pricing" webpage includes that the "[s]ystem automatically identifies and alerts admins to coaching opportunities."[67] Another webpage describes the "Coaching Opportunities feature" of the tool, which "helps you identify individuals and groups that might benefit from post-feedback coaching" and "suggests individuals and groups for coaching by analyzing several factors from their most recent 360-degree feedback review."[68]

***Paragraph 10***

Paragraph 10 merely states: ███████████████████████████ ███████████████████████████████████████████████████████████ ███████████████ This is also heavily advertised on EchoSpan's website. EchoSpan's homepage states: "With EchoSpan, you can easily *customize* every aspect of your employee feedback program."[69] It also states that customers can "[c]reate *customized* projects in minutes."[70] Another webpage states that "[e]very aspect of your 360-degree feedback review is *customizable*."[71] Another states that customers can "*[c]ustomize* report appearance and content."[72] The features list includes a "*[c]ustomizable* rating scale," "*[c]ustomizable* report templates," "*[c]ustomizable* benchmarks," and "*[c]ustomizable* competence scoring."[73] EchoSpan has an entire webpage devoted to "*Custom* Performance Management Solutions," which lists multiple "modules available for *customization*," including 360-degree feedback, and other "*custom-built* solutions."[74] The 17-minute demo video on EchoSpan's website highlights EchoSpan's "Limitless *Customization Options*" (0:16 mark) and devotes a portion of the video to the multiple "Configurable Options"

---

[67] https://www.echospan.com/360-degree-feedback-features.asp?view=allfeatures.

[68] https://www.echospan.com/product-guides/how-the-coaching-opportunities-feature-works.

[69] https://www.echospan.com/ (emphasis added).

[70] *Id.* (emphasis added).

[71] https://www.echospan.com/360-degree-feedback.asp (emphasis added).

[72] https://www.echospan.com/360-degree-feedback-process.asp (emphasis added).

[73] https://www.echospan.com/360-degree-feedback-features.asp?view=allfeatures (emphasis added).

[74] https://www.echospan.com/enterprise-platform.asp (emphasis added).

- 14 -

available on the tool (5:13 mark), with on-screen demonstrations of each one.[75] Accordingly, EchoSpan had no legitimate basis to redact paragraph 10.

**Paragraph 11**

Paragraph 11, which is also completely redacted, states: ███████████ ███████████████████████████████████████████████████ ██████ Given that this is stated to be ████████████████████████████ it is unclear how this could possibly be confidential or a trade secret. Regardless, EchoSpan publicly states the same information. The "Features & Pricing" page includes a "Security & Admin" section, which lists multiple security features, including at-rest data encryption, 128-bit in-transit encryption, unique log-ins, user authentication, multifactor authentication for admin users, and more.[76] Another page, entitled "PDF report security features," states that "[s]ecurity settings can be set specifically for each custom report template" and lists examples different security settings.[77] Another webpage listing various reporting features has a subheading for "Security," under which multiple security features are listed.[78]

**Identity of the redacted customer**

EchoSpan's complaint also redacts not only every mention of its former customer, ██████, but every entire paragraph that mentions it. *See, e.g.*, Dkt. 1, ¶¶ 19–21, 58–60, 72–73. In addition to this approach not being narrowly tailored since just the customer name could have been redacted in most instances if *that* were confidential, the identity of the customer is not confidential. EchoSpan lists this company as one of its clients on its website.[79] The LinkedIn page of an employee of this customer lists various projects that she worked on, including "360 Performance Management Feedback," which lists the following bullet points: "On-boarded a new vendor, EchoSpan, to replace the Kenexa 360 feedback survey tool," "Integrated bank technology

---

[75] https://www.echospan.com/360-degree-feedback-demo.asp (emphasis added).

[76] https://www.echospan.com/360-degree-feedback-features.asp?view=allfeatures.

[77] https://www.echospan.com/product-guides/pdf-report-security-features.

[78] https://www.echospan.com/360-degree-feedback-report.asp.

[79] https://www.echospan.com/product-guides/lorrina-eastman.

- 15 -

requirements within the EchoSpan solution," and "Customized and implemented EchoSpan solution."[80] Another website, unaffiliated with EchoSpan, has a company overview of EchoSpan that lists this customer as one of EchoSpan's largest customers.[81] Accordingly, EchoSpan cannot maintain the ruse that the identity of this former customer is confidential.

## CONCLUSION

This entire case is about EchoSpan's misunderstanding and misuse of laws that protect confidential information. This motion addresses just one instance, in which EchoSpan has misused court rules for sealing confidential information and willfully deprived the public of its right of access to the judicial system. The Court should strike EchoSpan's improper redactions and require it to file a largely unredacted complaint with only narrow redactions of truly confidential information, along with such other relief that the Court deems just and appropriate.

Dated: May 18, 2023                    Respectfully submitted,

                                       BERMAN FINK VAN HORN P.C.

                                       By:    /s/ Benjamin I. Fink
                                              Benjamin I. Fink
                                              Jeremy L. Kahn

                                       MAURIEL KAPOUYTIAN WOODS LLP
                                       Marc J. Pernick
                                       Jason R. Bartlett

                                       *Attorneys for Defendant/Counter-Plaintiff*
                                       *Medallia, Inc.*

---

[80] https://www.linkedin.com/in/lynn-barron-060b8722/details/projects/.

[81] https://www.datanyze.com/companies/echospan/346845369.

- 16 -

Defendant's Notice of Motion and Motion to Remove Redactions from Complaint and Require Refiling