# EXHIBIT 1

Why We Show Images of Our Product On Our Site



The Employee Feedback Company



360 Feedback    Engagement    Development    Pricing    Support    About    | 30-day Free Trial |    | Sign In |

# Why We Show Images of Our Product On Our Site

### Notice anything different about the EchoSpan Web site?

Articles > Why We Show Images of Our Product On Our Site

We frequently receive positive feedback on the design and content of our public web site. Visitors comment on how much information it provides them on our software, how it is supported and priced. But most of all, we're complimented on the number of images and screen captures we have of our actual product—images that are visible to any visitor without signing up for a trial, demo or sales call. Visitors are pleased to see and experience the actual software they are interested in purchasing.

We're big on showing off our product. We've worked hard designing, building and supporting it and it's why we exist. We're proud of our product and therefore, put it front-and-center on our site. Almost every page of our site has images of our product, and you can download sample reports and try actual reviews all on your own. For instance, our main product page for our 360-degree platform has more than a dozen screenshots of our product on it or linked from it. This is more product images than most our competitors have on their entire site.

It seems essential to us that a company actually shows the product they are selling on their site. You'd never considering buying a suit, laptop or even a phone online without looking at images of the product first. Yet, in our industry, customers tolerate this lack of critical information every day. Some of our largest competitors do not have a single image of their software on their site. Instead, they have stock photos, long paragraphs of explanatory text, or no detailed product information at all.

Today, a product's design cannot be an afterthought; it's a key indicator of usability, adoptability and quality. We strive to build software that is not only highly functional, but beautiful and easy-to-use. It only makes sense to present it as our best foot forward to new visitors to the EchoSpan site.

If a 360-degree feedback vendor does not openly display their product on their website we can only suspect it is because:

- Their product looks dated and they know its appearance will turn away potential customers.
- They want you to have to spend an hour on the phone with a sales person before you can see their software.
- They think stock images are a better representation of their company than their actual product.
- They think long paragraphs of text explain their software better than a single image of the tool itself.

With each new generation of our site, we've tried to add an increasing number of images to support our assertion that our 360-degree feedback tool is the most capable one on the market. We'll continue to do this because our customers appreciate it and it immediately implies about how we do business—with a focus on top-quality, feature-rich and elegant tools that are loved by their users.

Last updated: Monday, September 26, 2016
67

## 360-Degree Feedback

Product Overview

Features & Pricing

Competency Library

Review Templates

Feedback Reports

Supported Languages

Product Guides

Development Planning

Security & Availability

## Other Services

Engagement Surveys

Project Management

Custom Solutions

Consultant Licensing

## About EchoSpan

Company Overview

Support

Contact Us

News and Articles

## Other Links

Site Map

Terms & Conditions

Privacy Policy

Privacy Shield

GDPR Compliance

Data Processing Agreement

Phone: 404-496-4096

Toll Free: 888-300-9978

Fax: 404-496-4096

Copyright 2022 EchoSpan, Inc.
NEU-PRD-WEB02