# EXHIBIT 2

Case 5:22-cv-01732-NC    Document 183-2    Filed 05/18/23    Page 2 of 3

Joseph A. Vance                    November 28, 2022
Echospan, Inc. v. Medallia, Inc.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No. 5:22-cv-01732-NC

_____

ECHOSPAN, INC.,

            Plaintiff,

      vs.

MEDALLIA, INC.,

            Defendant.

_____


    (THIS TRANSCRIPT CONTAINS PROTECTED MATERIAL.)


            VIDEOTAPED DEPOSITION OF

                  JOSEPH A. VANCE


            Atlanta, Georgia

         Monday, November 28, 2022


    Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

Joseph A. Vance                          November 28, 2022
Echospan, Inc. v. Medallia, Inc.

Page 146

MR. CHALLY:  Object to the form.

(Exhibit 12 marked for identification.)

Q    (By Mr. Fink)  Let me show you what we've marked as Defendant's Exhibit 12.  Are you familiar with this --

A    Yes, yes.

Q    -- part of your website?

A    I like this article.

Q    Okay.  And this is an article that is currently on your website, right?

A    I wrote it.

Q    And how long has it been on the website?

A    It says on the bottom of the page, I think. Do you have the bottom of the page?  Okay.  2016.

Q    Okay.  So it's been there since 2016?

A    Yes.

Q    And one of the things you say here is, "Most of all, we're complimented on the number of images and screen captures we have of our actual product, images that are visible to any visitor without signing up for a trial, demo or sales call.  Visitors are pleased to see and experience the actual software they are interested in purchasing," correct?

A    Yes.

Q    Okay.  You go on to say, "Almost every page