Marc J. Pernick (State Bar No. 160591)
mpernick@mkwllp.com
Jason R. Bartlett (State Bar No. 214530)
jbartlett@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
450 Sansome Street, Suite 1005
San Francisco, California 94111
Telephone: (415) 738-6334

Benjamin I. Fink (Georgia Bar No. 261090) *Pro Hac Vice*
bfink@bfvlaw.com
Jeremy L. Kahn (Florida Bar No. 0105277) *Pro Hac Vice*
jkahn@bfvlaw.com
BERMAN FINK VAN HORN P.C.
3475 Piedmont Rd. NE, #1640
Atlanta, Georgia 30305
Telephone: (404) 261-7711

*Attorneys for Defendant and Counter-Plaintiff*
MEDALLIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECHOSPAN, INC., | Case No. 5:22-cv-01732-NC |
| Plaintiff/Counter-Defendant, | **[PROSPOSED] ORDER GRANTING MEDALLIA, INC.'S MOTION TO REMOVE REDACTIONS FROM COMPLAINT AND REQUIRE REFILING** |
| v. | |
| MEDALLIA, INC., | |
| Defendant/Counter-Plaintiff. | |

1

**[PROPOSED] ORDER**

Before the Court is Medallia Inc.'s Motion to Remove Redactions from Complaint and Require Refiling ("Motion").  Having considered the Motion, supporting papers, and other papers on file, and good cause having been found, the Court hereby ORDERS that the redacted portions of the Complaint (Dkt. 1) highlighted in yellow shall be made public and EchoSpan, Inc. is required to refile the Complaint accordingly.

**IT IS SO ORDERED.**

DATED: _____    _____
                                   HON. NATHANAEL COUSINS
                                   UNITED STATES MAGISTRATE JUDGE

[Proposed] Order