LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (CA Bar No. 266966)
eburbidge@lewisllewellyn.com
Rebecca F. Furman (CA Bar No. 294082)
bfurman@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:   (415) 390-2127

COUNCILL, GUNNEMANN & CHALLY, LLC
Jonathan R. Chally (GA Bar No.141392); *Pro Hac Vice*
jchally@cgc-law.com
1201 W. Peachtree Street NW, Suite 2613
Atlanta, Georgia 30309
Telephone: (404) 407-5250
Facsimile:  (404) 600-1624

Attorneys for Plaintiff
ECHOSPAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSPAN, INC., | Case No. 5:22-cv-01732-NC |
| Plaintiff/Counter-Defendant, | **[PROPOSED] ORDER GRANTING MEDALLIA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| MEDALLIA, INC., | |
| Defendant/Counter-Plaintiff. | |

1

**[PROPOSED] ORDER**

Before the Court is Medallia, Inc.'s Motion to Consider Whether Another Party's Material Should Be Sealed.  Having considered the motion and supporting statement of EchoSpan, Inc., and for good cause shown, it is ORDERED that highlighted portions of Medallia Inc.'s Notice of Motion and Motion to Remove Redactions to Complaint and Require Refiling shall remain under seal.

**IT IS SO ORDERED**.

Dated:

_____
NATHANAEL COUSINS
UNITED STATEES MAGISTRATE JUDGE

2