UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSPAN, INC.,<br>   Plaintiff,<br>  v.<br>MEDALLIA, INC.,<br>   Defendant. | Case No. 22-cv-01732-NC<br><br>**OMNIBUS ORDER GRANTING MOTIONS TO SEAL**<br><br>Re: ECF 472, 478 |

This Court finds good cause to seal the narrowly tailored portions of the parties' briefing on Medallia's Motion at ECF 456 to Stay Execution of Judgment. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("A 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions."). This Court GRANTS Medallia's motion at ECF 478 to seal portions of its Reply (ECF 477). This Court also finds Medallia's proposed redactions at ECF 476 to EchoSpan's Opposition (ECF 471) appropriate, resolving EchoSpan's Administrative Motion to seal at ECF 472.

Accordingly, this Court orders EchoSpan to refile a public copy of its Opposition incorporating Medallia's proposed redactions at ECF 476, and orders Medallia to file a public copy of its Reply incorporating its proposed redactions at 478.

**IT IS SO ORDERED.**

Dated: March 4, 2024

              _____
              NATHANAEL M. COUSINS
              United States Magistrate Judge