UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ECHOSPAN, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDALLIA, INC.,<br><br>        Defendant. | Case No. 22-cv-01732-NC<br><br>**ORDER DENYING MOTION TO SEAL, MOTION FOR JOINDER**<br><br>Re: ECF 481, 482, 483 |

Applying the standards and reasons this Court articulated in its order at ECF 434, this Court DENIES Medallia's request to seal portions of EchoSpan's filing at ECF 480. The information Medallia seeks to seal is already part of the public record of this trial and thus does not warrant sealing.

Further, consistent with its order at ECF 439 denying the parties' motion to seal transcripts of depositions played at trial, this Court orders the parties to file unredacted copies of those transcripts.  *See* ECF 439 (denying motion to seal at ECF 432).

Bank of America's motion at ECF 483 to join Medallia in its requests is DENIED. Bank of America is not a party to this litigation and has not moved to intervene.  *See* Fed. R. Civ. P. 24.

By March 29, 2024, EchoSpan must file an unredacted version of its ECF 480 filing, the parties must file unredacted versions of the transcripts at ECF 431, and the parties must file a joint update certifying they have filed unredacted versions of all filings that this Court previously determined do not warrant sealing.

**IT IS SO ORDERED.**

Dated:  March 22, 2024 _____
NATHANAEL M. COUSINS
United States Magistrate Judge