LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (CA Bar No. 266966)
eburbidge@lewisllewellyn.com
Zachary C. Flood (CA Bar No. 312616)
zflood@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

COUNCILL, GUNNEMANN & CHALLY, LLC
Jonathan R. Chally (GA Bar No.141392); *Pro Hac Vice*
jchally@cgc-law.com
Jennifer R. Virostko (GA Bar No. 959286); *Pro Hac Vice*
jvirostko@cgc-law.com
Joshua P. Gunnemann (GA Bar No. 152250); *Pro Hac Vice*
jgunnemann@cgc-law.com
75 14th Street, Suite 2475
Atlanta, Georgia 30309
Telephone: (404) 407-5250

Attorneys for Plaintiff
ECHOSPAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSPAN, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MEDALLIA, INC., <br><br> Defendant/Counter-Plaintiff. | Case No. 5:22-cv-01732-NC <br><br> **PLAINTIFF ECHOSPAN, INC.'S NOTICE OF CONDITIONAL POST-JUDGMENT SETTLEMENT AND REQUEST TO STAY PENDING DEADLINES AND ENFORCEMENT DATES** |

1

Plaintiff EchoSpan, Inc. ("EchoSpan") hereby gives notice that the parties have reached a conditional settlement of their post-judgment disputes and requests that the Court stay all pending post-judgment deadlines and judgment enforcement dates.

This Court entered a second amended judgment on May 14, 2026. [Dkt. 554]. Defendant Medallia, Inc. ("Medallia") appealed that judgment on May 18, 2026. [Dkt. 555]. EchoSpan moved for entry of a corrected second amended judgment on May 29, 2026. [Dkt. 557]. Medallia moved for a stay of the second amended judgment under Federal Rule of Civil Procedure 62(b) on June 8, 2026. [Dkt. 561]. On June 16, 2026, EchoSpan filed (1) an application for order for appearance and examination of judgment debtor Medallia [Dkt. 562] and (2) an application for order for appearance and examination of Thoma Bravo, L.P. [Dkt. 563]. The appeal, along with all post-judgment motions and applications, remain pending.

The parties reached a settlement of Medallia's appeal on June 17, 2026. That settlement is conditional upon Medallia's making an agreed-upon payment to EchoSpan by July 3, 2026. Upon receipt of that payment, EchoSpan will promptly file an acknowledgment of satisfaction of judgment in this Court. If payment is not timely made, EchoSpan reserves the right to seek appropriate relief, including restoration of post-judgment enforcement proceedings.

For the foregoing reasons, EchoSpan respectfully requests that, until the time that EchoSpan submits an acknowledgement of satisfaction of judgment or seeks other relief from the Court, the Court stay all post-judgment deadlines and judgment enforcement dates. Medallia does not oppose the relief requested herein.

Dated: June 22, 2026

Respectfully submitted,

COUNCILL, GUNNEMANN & CHALLY, LLC

By: */s/ Jonathan R. Chally*

Jonathan R. Chally (GA Bar No. 141392)
(*Pro Hac Vice*)
Jennifer R. Virostko (GA Bar No. 959286)
(*Pro Hac Vice*)
Joshua P. Gunnemann (GA Bar No. 152250)
(*Pro Hac Vice*)

2

LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (CA Bar No. 266966)
Zachary C. Flood (CA Bar No. 312616)

*Attorneys for Plaintiff/Counter-Defendant EchoSpan, Inc.*

ECHOSPAN, INC.'S NOTICE OF CONDITIONAL POST-JUDGMENT SETTLEMENT
- CASE NO. 5:22-cv-01732-NC